Carl W. BOWLER, Sr., and Shirley Bowler, Plaintiffs/Appellants,

v.

Joseph M. HAYS, d/b/a Joe's Sportsman Bar, Defendant/Respondent.

No. 69452.

Missouri Court of Appeals, Eastern District, Northern Division.

Oct. 29, 1996.

Charles E. Stine, Jr., Hannibal, for Plaintiffs/Appellants.

Casey J. Welch, Hannibal, for Defendant/Respondent.

Before AHRENS, C.J., and DOWD and HOFF, JJ.

### ORDER

PER CURIAM.

Carl W. Bowler, Sr., and Shirley Bowler appeal from the dismissal of their petition alleging that the negligent provision of alcohol to their son at Hays' bar caused his death. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).